# ATTACHMENT(S)

# NOT

# SCANNED

___ Exceeds scanner's page limits
___ Physical exhibit prevents scanning
X Other: exhibts

**PLEASE REFER TO COURT FILE**