UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT and ST. PAUL FIRE
& MARINE INSURANCE COMPANY,

    Plaintiffs,

v.                                                       Case No: 2:13-cv-670-FtM-38DNF

ATTORNEYS' TITLE INSURANCE
FUND, INC., FLORIDA TITLE CO.,
SECTION 10 JOINT VENTURE, LLP,
SKY PROPERTY VENTURE, LLC,
CAS GROUP, INC.,

    Defendants,

and

RSUI INDEMNITY COMPANY,

    Intervening Plaintiff,

v.

ATTORNEYS' TITLE INSURANCE
FUND, INC., FLORIDA TITLE CO.,
SECTION 10 JOINT VENTURE,
LLP, SKY PROPERTY VENTURE,
LLC, CAS GROUP, INC.,

    Defendants in Intervention.
                                           /

**ORDER**[1]

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

This matter comes before the Court on the Parties' Corrected Joint Motion to Enlarge Pretrial Deadlines and Continue Trial (Doc. #127) filed on October 22, 2014.  In their Motion, the Parties seek a Fourth Amended Case Management and Scheduling Order, extending all dates by an additional 150 days.  In support, the Parties aver that "substantial privilege issues have arisen which have complicated and delayed discovery." (Doc. #127 at 2).  The Parties also note that document production by third parties has been substantial and ongoing.  (Doc. #127 at 4).  In light of the complexity of this case and the outstanding discovery issues, the Court finds that an extension of pre-trial deadlines and the trial date is warranted.  Because these deadlines have already been extended numerous times, the Court is not inclined to extend the deadlines by 150 days.  However, the Court finds that an extension of 90 days is appropriate.  However, the Court will look with disfavor on future requests for extensions of time.

Accordingly, it is now

**ORDERED:**

1. The Parties' Corrected Joint Motion to Enlarge Pretrial Deadlines and Continue Trial (Doc. #127) is **GRANTED in part**.

2. The Court enters this Fourth Amended Case Management and Scheduling Order:

| | | |
|---|---|---|
| Disclosure of Expert Reports | Plaintiff:<br>Defendant: | March 2, 2015<br>March 16, 2015 |
| Discovery Deadline: | | April 1, 2015 |
| Mediation Deadline: | | May 29, 2015 |
| Dispositive Motions, *Daubert*, and *Markman* Motions: | | May 4, 2015 |
| Meeting *In Person* to Prepare Joint Final Pretrial Statement: | | June 29, 2015 |

| Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form): | July 8, 2015 |
|---|---|
| All Other Motions, Including Motions *In Limine*, Trial Briefs: | July 8, 2015 |
| Final Pretrial Conference                               Date:<br>Time:<br>Judge: | July 31, 2015<br>9:30 A.M.<br>Sheri Polster Chappell |
| Trial Term Begins:<br>[Trials Before Magistrate Judges Being on Date Certain] | September 1, 2015 |

**DONE** and **ORDERED** in Fort Myers, Florida, this 27th day of October, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record