UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT and ST. PAUL FIRE
& MARINE INSURANCE COMPANY,

    Plaintiffs,

v.                                           Case No: 2:13-cv-670-FtM-38DNF

ATTORNEY'S TITLE INSURANCE
FUND, INC., FLORIDA TITLE CO.,
SECTION 10 JOINT VENTURE, LLP,
SKY PROPERTY VENTURE, LLC,
CAS GROUP, INC., STEPHAN,
COLE & ASSOCIATES, LLC and
INTEGRA REALTY RESOURCES
SOUTHWEST FLORIDA, INC.,

    Defendants.
_____/

### ORDER[1]

This matter comes before the Court on Defendants' Motion to Strike Plaintiffs' Response to Notice of Supplemental Authority ([Doc. #184](#)) filed on March 24, 2015. On March 23, 2015, Defendants filed a Notice of Supplemental Authority ([Doc. #182](#)), alerting the Court to the possibility that a recent Eleventh Circuit case might assist in its analysis. Today, Plaintiffs filed a Response to Defendants' Notice ([Doc. #183](#)), attempting to distinguish the supplemental authority from the instant action. Now, Defendant seeks to strike Plaintiffs' Response, contending that such a response is improper. The Court

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

agrees. However, because the Court has already issued its Order (Doc. #185) without considering Plaintiffs' Response, Defendants' Motion to Strike is denied as moot. Nevertheless, the Court reminds Plaintiffs that they must seek leave of the Court for future responses of this nature. See Local Rule 3.01(c).

Accordingly, it is now

**ORDERED:**

Defendants' Motion to Strike Plaintiffs' Response to Notice of Supplemental Authority (Doc. #184) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida, this 24th day of March, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record