UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT and ST. PAUL FIRE
& MARINE INSURANCE COMPANY,

    Plaintiffs,

v.                                            Case No: 2:13-cv-670-FtM-38DNF

ATTORNEY'S TITLE INSURANCE
FUND, INC., FLORIDA TITLE CO.,
SECTION 10 JOINT VENTURE, LLP,
SKY PROPERTY VENTURE, LLC,
CAS GROUP, INC., STEPHAN,
COLE & ASSOCIATES, LLC and
INTEGRA REALTY RESOURCES
SOUTHWEST FLORIDA, INC.,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on the Parties' Joint Notice of Filing Proposed Case Management Dates (Doc. #181) filed on March 20, 2015. At a recent Pretrial Conference, the Parties asked the Court to amend the case management dates yet again. (Doc. #179). After finding that the Parties presented good cause for doing so, the Court asked the Parties to file their new proposed case management dates for review. The Parties have now done so. (Doc. #181). Because the new proposed case management dates appear to be a reasonable extension of the current dates, the Court adopts the

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Parties' new proposed dates.  However, the Court warns the Parties that any additional requests for extensions of these deadlines will be met with very strict scrutiny.  Again, the Court is available telephonically (239-461-2060) for swift resolution of any issues that may arise to ensure the Parties meet the deadlines set out below.

Accordingly, it is now **ORDERED**:

1. The Parties' Joint Notice of Filing Proposed Case Management Dates ([Doc. #181](#)) is **GRANTED**.  The Court enters this Fifth Amended Case Management and Scheduling Order:

| | |
|---|---|
| ATIF shall produce all remaining ATIF and Carlton Fields documents requested to date as to which no objection is asserted: | March 31, 2015 |
| Disclosure of Expert Reports         Plaintiff:<br>                                                   Defendants: | July 17, 2015<br>August 17, 2015 |
| Discovery Deadline: | October 2, 2015 |
| Dispositive Motions, *Daubert* Motions: | November 2, 2015 |
| Mediation Deadline: | November 27, 2015 |
| Meeting in Person to Prepare Joint Final Pretrial Statement: | January 29, 2016 |
| Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, and Exhibit Lists on Approved Form): | February 29, 2016 |
| All Other Motions, Including Motions *In Limine*, Trial Briefs: | February 29, 2016 |
| Final Pretrial Conference                     Date:<br>                                                     Time:<br>                                                    Judge: | March 18, 2016<br>9:30 A.M.<br>The Honorable Sheri Polster Chappell |
| Trial Term Begins: | April 5, 2016 |

**DONE** and **ORDERED** in Fort Myers, Florida, this 25th day of March, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2