UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT and ST. PAUL FIRE
& MARINE INSURANCE COMPANY,

    Plaintiffs,

v.      Case No: 2:13-cv-670-FtM-38DNF

ATTORNEY'S TITLE INSURANCE
FUND, INC., FLORIDA TITLE CO.,
SECTION 10 JOINT VENTURE, LLP,
SKY PROPERTY VENTURE, LLC,
CAS GROUP, INC., STEPHAN,
COLE & ASSOCIATES, LLC and
INTEGRA REALTY RESOURCES
SOUTHWEST FLORIDA, INC.,

    Defendants.
_____/

### ORDER[1]

    This matter comes before the Court on the Parties' Joint Motion to Enlarge Certain Pretrial Deadlines (Doc. #213) filed on July 8, 2015. In setting the last Scheduling Order, the Court noted that it was available telephonically for swift resolution of any issues that may arise. (Doc. #187). Yesterday, the Parties took advantage of this offer and arranged a conference call where they jointly described issues that have arisen with regard to certain deadlines set in the previous Scheduling Order. Upon instruction, the Parties have now reduced those issues to writing in the instant Motion. (Doc. #213). A review of the

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Parties' new proposed case management dates reveals that they appear to be a reasonable extension based on the issues described, and therefore the Court will adopt the new proposed dates.

Accordingly, it is now **ORDERED:**

1. The Parties' Joint Motion to Enlarge Certain Pretrial Deadlines (Doc. #213) is **GRANTED**.

2. The Court enters this Sixth Amended Case Management and Scheduling Order:

| Disclosure of Expert Reports  Plaintiff: Defendants: | August 28, 2015 September 28, 2015 |
|---|---|
| Discovery Deadline: | November 2, 2015 |
| Dispositive Motions, *Daubert* Motions: | December 4, 2015 |
| Mediation Deadline: | December 18, 2015 |

All other deadlines will remain the same and are as follows:

| Meeting in Person to Prepare Joint Final Pretrial Statement: | January 29, 2016 |
|---|---|
| Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, and Exhibit Lists on Approved Form): | February 29, 2016 |
| All Other Motions, Including Motions *In Limine*, Trial Briefs: | February 29, 2016 |
| Final Pretrial Conference  Date: Time: Judge: | March 18, 2016 9:30 A.M. The Honorable Sheri Polster Chappell |
| Trial Term Begins: | April 5, 2016 |

**DONE** and **ORDERED** in Fort Myers, Florida, this 9th day of July, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2