UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and ST. PAUL FIRE & MARINE INSURANCE COMPANY,

    Plaintiffs,

v.

ATTORNEY'S TITLE INSURANCE FUND, INC., FLORIDA TITLE CO., SECTION 10 JOINT VENTURE, LLP, SKY PROPERTY VENTURE, LLC, CAS GROUP, INC., STEPHAN, COLE & ASSOCIATES, LLC and INTEGRA REALTY RESOURCES SOUTHWEST FLORIDA, INC.,

    Defendants.
_____/

Case No:   2:13-cv-670-FtM-38DNF

## ORDER[1]

This matter comes before the Court on the Parties' Joint Motion to Enlarge Remaining Pretrial Deadlines and to Continue Trial (Doc. #228) filed on October 9, 2015.  On multiple occasions, the Court has noted it is available telephonically for swift resolution of any issues that may arise.  Recently, the Parties once again took advantage of this offer and arranged a conference call with the Court, where they jointly described additional issues that have arisen with regard to certain deadlines set in the previous Scheduling Order.  Upon instruction by the Court, the Parties reduced those issues to writing in the instant Motion.  (Doc. #228).  For good cause shown, the Court accepts the proposed deadline extensions.  Having agreed to

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

issue a Seventh Amended Case Management Scheduling Order, the Court warns the Parties:

*No further extensions will be entertained or granted.*

Accordingly, it is now

**ORDERED:**

1. The Parties' Joint Motion to Enlarge Remaining Pretrial Deadlines and to Continue Trial (Doc. #228) is **GRANTED**.

2. The Court enters this Seventh Amended Case Management and Scheduling Order:

| | |
|---|---|
| Fact Discovery Deadline: | December 4, 2015 |
| Final and Rebuttal Expert Disclosures: | January 8, 2016 |
| Expert Discovery Deadline: | February 12, 2016 |
| Dispositive Motions, *Daubert* Motions: | March 11, 2016 |
| Mediation Deadline: | May 13, 2016 |
| Meeting in Person to Prepare Joint Final Pretrial Statement: | May 27, 2016 |
| Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, and Exhibit Lists on Approved Form): | June 24, 2016 |
| All Other Motions, Including Motions *In Limine*, Trial Briefs: | June 24, 2016 |
| Final Pretrial Conference      Date:<br>Time:<br>Judge: | July 22, 2016<br>9:30 A.M.<br>The Honorable Sheri Polster Chappell |
| Trial Term Begins: | August 1, 2016 |

**DONE** and **ORDERED** in Fort Myers, Florida, this 13th day of October, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record