UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT and
ST. PAUL FIRE & MARINE
INSURANCE COMPANY,

      Plaintiffs,

v.	Case No: 2:13-cv-670-FtM-38CM

ATTORNEY'S TITLE
INSURANCE FUND, INC.,
FLORIDA TITLE CO., SECTION
10 JOINT VENTURE, LLP, SKY
PROPERTY VENTURE, LLC, CAS
GROUP, INC., STEPHAN, COLE
& ASSOCIATES, LLC and
INTEGRA REALTY RESOURCES
SOUTHWEST FLORIDA, INC.,

      Defendants.

## ORDER

This matter comes before the Court upon review of the Joint Motion to Enlarge Certain Pretrial Deadlines (Doc. 406) filed on June 20, 2016. The parties seek an order enlarging by one week, from June 24, 2016 to July 1, 2016, the date for submission of motions *in limine* and the Joint Final Pretrial Statement and all of its constituent parts, with the exception of deposition designations and demonstrative exhibits and summaries. Doc. 406 at 2-3. The parties request that the date for submission of deposition designations, cross-designations and objections and demonstrative exhibits and summaries to be extended to July 20, 2016. *Id.* The parties represent that they are working diligently and are attempting to

reach an agreement on as many facts and issues as possible, however they need additional time. Due to the good cause shown, the motion is due to be granted.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Joint Motion to Enlarge Certain Pretrial Deadlines (Doc. 406) is **GRANTED**. The parties shall have **up to and including July 1, 2016** to submit motions *in limine* and the Joint Final Pretrial Statement and all of its constituent parts, with the exception of deposition designations and demonstrative exhibits and summaries. The parties shall have **up to and including July 20, 2016** to submit deposition designations, cross-designations and objections and demonstrative exhibits and summaries.

**DONE** and **ORDERED** in Fort Myers, Florida on this 20th day of June, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record